**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115174
*Attorneys for Plaintiff*

**FILED
CLERK**
5/13/2019 4:42 pm
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Kyle Caudill and Angel Beltrez, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

Enhanced Recovery Company, LLC,

Defendant.

Docket No: 2:18-cv-04821-JS-SIL

ORDER



## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs and/or plaintiffs' counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: May 9, 2019

The Clerk of the Court is directed to mark this case CLOSED and to TERMINATE the pre-motion conference request (D.E. 11).

**BARSHAY SANDERS, PLLC**

By: __/s David M. Barshay__
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@BarshaySanders.com
Our File No: 115174
*Attorneys for Plaintiffs*

SO ORDERED:
JOANNA SEYBERT
/s/
Joanna Seybert, USDJ
Dated: May 13, 2019
Central Islip, NY